■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWON SMITH, Appellant. [873 NYS2d 230]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered May 8, 2007. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.